# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RYAN M. RECKNAGLE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

CASE NO. 3:17-cv-5964 TSZ

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3) **JUDGMENT** is for plaintiff and the case should be closed.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 30th day of October, 2018.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge