United States District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN RECKNAGLE, | CIVIL NO. 3:17-cv-05964-TSZ |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff's unopposed Motion for Attorney Fees Pursuant o 42 U.S.C.§ 406(b), docket no. 18, is GRANTED as follows.

Pursuant to 42 U.S.C. § 406(b), Plaintiff's attorney is awarded $4,108.36, which represents the requested fee award of $6,887.54, which the Court concludes is reasonable, reduced by the amount of fees ($2,779.18[1]) previously awarded under the Equal Access to Justice Act, *see* Order, docket no. 17.  The attorney-fee award of $4,108.36 shall be made from the past-due benefits to which Plaintiff is entitled.  If the Social Security Administration is still

---

[1] The Court corrects a scrivener's error listing the incorrect amount of total fees previously awarded under the Equal Access to Justice Act. *Compare* docket no. 18 at 1 (motion stating that amount previously received under the Equal Access to Justice Act was $2,279.18) *with* docket

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [3:17-cv-05964-TSZ]  - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

withholding this amount, it is DIRECTED to send $4,108.36 to Plaintiff's attorney, Amy Gilbrough (1904 Third Ave. Suite 1030, Seattle, WA 98103), minus any applicable fees allowed by statute.  If the Social Security Administration is no longer withholding any amount of the back award for fees, Plaintiff will send her attorney a fee of $4,108.36.

DATED this 28th day of August, 2020.

Thomas S. Zilly
United States District Judge

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff

---

no. 18-5 at 1 (itemizing $2,779.18 in total fees) and docket no. 17 (Court's Order granting $2,779.18 in fees under the Act).

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [3:17-cv-05964-TSZ]  - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900